**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jason X. DENNIS, Defendant–
Appellant.**

**No. 09–30376.**

United States Court of Appeals,
Ninth Circuit.

---

** The Honorable Jeremy D. Fogel, District Judge for the United States District Court for Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 11, 2011.*

Filed Aug. 15, 2011.

Eric Vincent Carroll, Esquire, Assistant U.S., USGF–Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Jeremy Scott Yellin, Esquire, Jeremy S. Yellin, Esq., Attorney at Law, Havre, MT, for Defendant–Appellant.

Jason X. Dennis, pro se.

Before: THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

### MEMORANDUM **

Jason X. Dennis appeals from his guilty-plea conviction and 37–month sentence for possession with intent to distribute cocaine in a public housing facility and distribution of cocaine in a public housing facility, in violation of 21 U.S.C. §§ 841(a)(1) and 860. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Dennis's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.